# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JUSTIN FAULKENBERRY                                                                              PLAINTIFF

v.                                       NO. 3:11CV00236 JLH

KELLY RODGERS; and
RM COMPTON TRANSPORT, INC.                                                                  DEFENDANTS

## ORDER

Presently before the Court is the Joint Motion for Continuance of the trial date in this matter. Document #14. Good cause having been shown, the motion is granted, and the trial of this matter previously set for September 17, 2012, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 16th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE