### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JUSTIN FAULKENBERRY                                                                                    PLAINTIFF

v.                                            NO. 3:11CV00236 JLH

KELLY RODGERS; and
RM COMPTON TRANSPORT, INC.                                                                     DEFENDANTS

### ORDER

Pursuant to the stipulation for dismissal submitted by the parties, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 30th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE